JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ANTONIO MOORE, | Case No. 8:21-cv-01013-VBF-PD |
| Petitioner, | |
| v. | **JUDGMENT** |
| SANDRA GATT, Warden, | |
| Respondent. | |

Pursuant to the Order Dismissing for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  December 7, 2021          /s/ Valerie Baker Fairbank

_____

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE